DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET BAUMGARTNER, State Bar #151762
JILL J. FIGG, State Bar #168281
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-4248
E-Mail:         margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JOHN GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, AND MICHAEL ZEHNER,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR, EDWARD RUPPENSTEIN, JOHNA PECOT,<br><br>Defendant(s). | Case No. C 07-3622 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 26, 2007

                        DENNIS J. HERRERA
                        City Attorney
                        ELIZABETH S. SALVESON
                        Chief Labor Attorney
                        JILL J. FIGG
                        Deputy City Attorney

By: _____/s/_____
      JILL J. FIGG

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO