UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marcy Ambat, et al.,

        Plaintiff(s).　　　　　　　　　　No. C07-3622 BZ

    v.　　　　　　　　　　　　　　　　NOTICE OF IMPENDING
　　　　　　　　　　　　　　　　　　　　REASSIGNMENT TO A UNITED
　　　　　　　　　　　　　　　　　　　　STATES DISTRICT COURT JUDGE

City and County of San Francisco,
et al.,

        Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)　One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set on **November 5, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: July 26, 2007

                                                   Richard W. Wieking, Clerk
                                                   United States District Court

                                                   *Lashanda Scott*
                                                   _____
                                                   By: Lashanda Scott - Deputy Clerk to
                                                   Magistrate Judge Bernard Zimmerman

reassign.DCT