IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

No. C 07-03622SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 9, 2007, at 2:00 p.m.

Dated: August 15, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk