1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  MARGARET BAUMGARTNER, State Bar #151762
   JILL J. FIGG, State Bar #168281
4  RAFAL OFIERSKI, State Bar #194798
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, Fifth Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3859
7  Facsimile:    (415) 554-4248
   E-Mail:       margaret.baumgartner@sfgov.org
8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JOHN GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, AND MICHAEL ZEHNER,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR,EDWARD RUPPENSTEIN, JOHNA PECOT,<br><br>        Defendant(s). | Case No. C 07-3622 BZ<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE            1            n:\labor\li2007\080110\00427974.doc
CASE # C 07-3622 BZ

I, JUDY PERRY, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On August 31, 2007, I served the following document(s):

**NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OR STAY PENDING RESOLUTION OF STATE COURT PROCEEDINGS;**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR STAY PENDING RESOLUTION OF STATE COURT PROCEEDINGS**

on the following persons at the locations specified:

| | |
|---|---|
| John J. Henning<br>Noah W. Kanter<br>Murray & Associates<br>1781 Union St.<br>San Francisco, CA 94123 | Attorneys for Plaintiffs |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or **☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or **☐ will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 31, 2007 at San Francisco, California.

/s/
_____
JUDY PERRY

PROOF OF SERVICE
CASE # C 07-3622 BZ

2

n:\labor\li2007\080110\00427974.doc