DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET BAUMGARTNER, State Bar #151762
JILL J. FIGG, State Bar #168281
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-4248
E-Mail:       margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY AMBAT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No. C 07-3622 SI<br><br>**STIPULATION AND ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Current Date:   November 9, 2007<br>Proposed Date:  November 16, 2007<br>Time:           2:00 p.m.<br>Place:          Crt Rm. 10, 19th Fl.<br><br>Trial Date:     None set. |

Stip & Order re CMC date
CASE NO. C 07-3622 SI                    1                    n:\labor\li2007\080110\00436644.doc

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | The parties hereby agree and stipulate to continue the case management conference in this |
| 3 | matter, currently scheduled for Friday, November 9, 2007 at 2:00 p.m. to Friday, November 16, 2007 |
| 4 | at 2:00 p.m.. The reason for the request is that none of the three assigned attorneys representing |
| 5 | defendants in this matter are available on Friday November 9, 2007 because of either pre-scheduled |
| 6 | vacation or because of pre-planned attendance at an out of area law conference. |
| 7 | SO STIPULATED. |
| 8 | DATED: August 10, 2007 |

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

_____
MARGARET W. BAUMGARTNER
Attorneys for Defendants

DATED: Sept 10, 2007

LARRY MURRAY
MURRAY & ASSOCIATES

_____
LARRY MURRAY
Attorneys for Plaintiffs

Stip & Order re CMC date
CASE NO. C 07-3622 SI

2

n:\labor\li2007\080110\00436644.doc

## STIPULATION

The parties hereby agree and stipulate to continue the case management conference in this matter, currently scheduled for Friday, November 9, 2007 at 2:00 p.m. to Friday, November 16, 2007 at 2:00 p.m.. The reason for the request is that none of the three assigned attorneys representing defendants in this matter are available on Friday November 9, 2007 because of either pre-scheduled vacation or because of pre-planned attendance at an out of area law conference.

SO STIPULATED.

DATED: ~~August~~ Sept 10, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

_____
MARGARET W. BAUMGARTNER
Attorneys for Defendants

DATED: August __, 2007

LARRY MURRAY
MURRAY & ASSOCIATES

_____
LARRY MURRAY
Attorneys for Plaintiffs

1 **PROPOSED ORDER**

2 Pursuant to stipulation of all parties, the Case Management Conference in this matter shall be
3 continued from November 9, 2007 to Friday, November 16, 2007 at 2:00 p.m..
4 SO ORDERED.
5 Date:

7 _____
   Hon. Susan Illston
8  Judge, United States District Court, Northern District
   of California

Stip & Order re CMC date
CASE NO. C 07-3622 SI
3
n:\labor\li2007\080110\00436644.doc