DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET BAUMGARTNER, State Bar #151762
JILL J. FIGG, State Bar #168281
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-4248
E-Mail:    margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY AMBAT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No. C 07-3622 SI<br><br>**STIPULATION AND ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Current Date:    November 9, 2007<br>Proposed Date:    November 16, 2007<br>Time:    2:00 p.m.<br>Place:    Crt Rm. 10, 19th Fl.<br><br>Trial Date:    None set. |

## STIPULATION

The parties hereby agree and stipulate to continue the case management conference in this matter, currently scheduled for Friday, November 9, 2007 at 2:00 p.m. to Friday, November 16, 2007 at 2:00 p.m.. The reason for the request is that none of the three assigned attorneys representing defendants in this matter are available on Friday November 9, 2007 because of either pre-scheduled vacation or because of pre-planned attendance at an out of area law conference.

SO STIPULATED.

DATED: August 10, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

_____
MARGARET W. BAUMGARTNER
Attorneys for Defendants

DATED: Sept 10, 2007

LARRY MURRAY
MURRAY & ASSOCIATES

_____
LARRY MURRAY
Attorneys for Plaintiffs

Stip & Order re CMC date
CASE NO. C 07-3622 SI

2

n:\labor\li2007\080110\00436644.doc

## STIPULATION

The parties hereby agree and stipulate to continue the case management conference in this matter, currently scheduled for Friday, November 9, 2007 at 2:00 p.m. to Friday, November 16, 2007 at 2:00 p.m.. The reason for the request is that none of the three assigned attorneys representing defendants in this matter are available on Friday November 9, 2007 because of either pre-scheduled vacation or because of pre-planned attendance at an out of area law conference.

SO STIPULATED.

DATED: ~~August~~ Sept 10, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

_____
MARGARET W. BAUMGARTNER
Attorneys for Defendants

DATED: August __, 2007

LARRY MURRAY
MURRAY & ASSOCIATES

_____
LARRY MURRAY
Attorneys for Plaintiffs

## PROPOSED ORDER

Pursuant to stipulation of all parties, the Case Management Conference in this matter shall be continued from November 9, 2007 to Friday, November 16, 2007 at 2:00 p.m..

SO ORDERED.

Date:

_____
Hon. Susan Illston
Judge, United States District Court, Northern District of California