Lawrence D. Murray (SBN 77536)
John Henning (SBN 188416)
Noah Kanter (SBN 224580)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, , PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, and MICHAEL ZEHNER,

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR, EDWARD RUPPENSTEIN, JOANNA PECOT,

Defendants.

No. CV 07-03622 SI

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OR STAY PENDING RESOLUTION OF STATE COURT PROCEEDINGS

Date: October 19, 2007
Time: 9:00 a.m.
Judge: Hon. Susan Illston
Place: Courtroom #10, 19th Floor

Trial Date: None Set

***Ambat et al. v. CCSF et al.;*** United States District Court, Northern District of Calif. Case No. C 07-3622 SI Page 1
Plaintiffs' Request for Judicial Notice in Support of Opposition to Motion to Dismiss or Stay

## INTRODUCTION

Plaintiffs, by and through their counsel, hereby moves this Court to take judicial notice of:

1. Substitutions of Attorney on behalf of Plaintiffs Dennis Carter, Michael Jones, Vincent Quock, Tequisha Curley, Anjie Versher, Alisa Zehner and Joanna Crotty; *San Francisco Deputy Sheriffs' Association, et al. vs. City and County of San Francisco, et al.,* San Francisco Superior Court Case No. CPF-07-507047, each filed June 22, 2007 (copy of each attached hereto as Exhibit A)

2. Request for Dismissal on behalf of Plaintiffs Dennis Carter, Michael Jones, Vincent Quock, Tequisha Curley, Anjie Versher, Alisa Zehner and Joanna Crotty; *San Francisco Deputy Sheriffs' Association, et al. vs. City and County of San Francisco, et al.,* San Francisco Superior Court Case No. CPF-07-507047, filed September 14, 2007 (copy attached hereto as Exhibit B)

Judicial notice of these documents filed by plaintiffs in the state court action is appropriate pursuant to Federal Rule of Evidence 201(b). The fact that these documents were filed by plaintiffs in the state court action is not subject to reasonable dispute in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Federal courts routinely take judicial notice of pleadings filed in other actions. *See e.g. Saxton v. McDonnell Douglas Aircraft Company* (C.D.Cal.1977) 428 F.Supp. 1047, 1049, fn.5 ("The doctrine of judicial notice is very broad. It goes so far as to permit the Court to take judicial notice of its records and the pleadings in other cases."); *MGIC Indemnity Corp. v. Weisman* (9th Cir.1986) 803 F.2d 500, 504-05 (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); *Rothman v. Gregor* (2nd Cir.2000) 200 F.3d 81, 91-92 (taking judicial notice that a party to a federal lawsuit had filed another complaint in state court).

For these reasons, judicial notice of the plaintiffs' state court pleadings is appropriate, and plaintiffs respectfully request that the Court take judicial notice of attached Exhibits A and B.

Respectfully submitted,

Murray & Associates

September 28, 2007

/s/______________________

Lawrence D. Murray
Attorney for Plaintiffs

AMBAT, et al.
vs.
CITY & COUNTY OF SAN FRANCISCO, et al.

United States District Court

Northern District of California

Case No. C-07-03622 SI

**EXHIBIT A**

to

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OR STAY PENDING RESOLUTION OF STATE COURT PROCEEDING

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
AMANDA UHRHAMMER/SBN 199445
MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A Professional Corporation
1912 I Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 446-4692 FAX NO. (Optional): (916) 447-4614
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 22 2007
GORDON PARK-LI, Clerk
BY: BETH WILSER
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

CASE NUMBER: CPF-07-507 047

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Dennis Carter makes the following substitution:

1. **Former legal representative** ☐ Party represented self ☒ Attorney (name): Amanda Uhrhammer
2. **New legal representative** ☐ Party is representing self* ☒ Attorney Lawrence D. Murray
   a. Name: Lawrence D. Murray b. State Bar No. (if applicable): 77536
   c. Address (number, street, city, ZIP, and law firm name, if applicable): 1781 Union Street, San Francisco, CA 94123
   d. Telephone No. (include area code): (415) 673-0555 Fax: (415) 928-4084
3. The party making this substitution is a ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:

DENNIS CARTER
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date:

AMANDA UHRHAMMER
(TYPE OR PRINT NAME)

MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
(SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: 4-6-07

LAWRENCE D. MURRAY
(TYPE OR PRINT NAME)

LAWRENCE D. MURRAY & ASSOCIATES
(SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

**PROOF OF SERVICE BY MAIL**
**Substitution of Attorney—Civil**

***Instructions:*** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
AMANDA UHRHAMMER/SBN 199445
MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A Professional Corporation
1912 I Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 446-4692 FAX NO. (Optional): (916)447-4614
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 2 2 2007
GORDON PARK-LI, Clerk
BY: BETH WILBER
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF

**SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)**

CASE NUMBER: CPF-07-507 047

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): MICHAEL JONES makes the following substitution:

1. **Former legal representative** [ ] Party represented self [X] Attorney (name): AMANDA UHRHAMMER
2. **New legal representative** [ ] Party is representing self* [X] Attorney LAWRENCE D. MURRAY
   a. Name: LAWRENCE D. MURRAY b. State Bar No. (if applicable): 77536
   c. Address (number, street, city, ZIP, and law firm name, if applicable): 1781 UNION STREET, SAN FRANCISCO, CA 94123
   d. Telephone No. (include area code): (415) 673-0555
3. The party making this substitution is a [X] plaintiff [ ] defendant [ ] petitioner [ ] respondent [ ] other (specify):

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:
   MICHAEL JONES (TYPE OR PRINT NAME)
   ▶ [signature] (SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
   Date:
   AMANDA UHRHAMMER (TYPE OR PRINT NAME)
   MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
   ▶ [signature] (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
   Date:
   LAWRENCE D. MURRAY (TYPE OR PRINT NAME)
   LAWRENCE D. MURRAY & ASSOCIATES
   ▶ [signature] (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285; Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

**PROOF OF SERVICE BY MAIL**
**Substitution of Attorney—Civil**

***Instructions:** After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
AMANDA UHRHAMMER/SBN 199445
MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A Professional Corporation
1912 I Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 446-4692 FAX NO. (Optional): (916) 447-4614
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 2 2 2007
GORDON PARK-LI, Clerk
BY: BETH WILBER
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

CASE NUMBER: CPF-07-507 047

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: VINCENT QUOCK makes the following substitution:

1. **Former legal representative** [ ] Party represented self [X] Attorney *(name)*: AMANDA UHRHAMMER
2. **New legal representative** [ ] Party is representing self* [X] Attorney LAWRENCE D. MURRAY
   a. Name: LAWRENCE D. MURRAY b. State Bar No. *(if applicable)*: 77536
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123
   d. Telephone No. *(include area code)*: (415) 673-0555
3. The party making this substitution is a [X] plaintiff [ ] defendant [ ] petitioner [ ] respondent [ ] other *(specify)*:

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:

VINCENT QUOCK
(TYPE OR PRINT NAME)
(SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
   Date:

MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

AMANDA UHRHAMMER
(TYPE OR PRINT NAME)
(SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
   Date: 4-6-07

LAWRENCE D. MURRAY & ASSOCIATES

LAWRENCE D. MURRAY
(TYPE OR PRINT NAME)
(SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285; Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

**PROOF OF SERVICE BY MAIL**
**Substitution of Attorney—Civil**

***Instructions:*** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
AMANDA UHRHAMMER/SBN 199445
MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A Professional Corporation
1912 I Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 446-4692 FAX NO. *(Optional)*: (916)447-4614
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: PLAINTIFFS

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 2 2 2007
GORDON PARK-LI, Clerk
BY: BETH WILBER Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

CASE NUMBER: CPF-07-507 047

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: TEQUISHA CURLEY makes the following substitution:

1. **Former legal representative** [ ] Party represented self [X] Attorney *(name)*: AMANDA UHRHAMMER
2. **New legal representative** [ ] Party is representing self* [X] Attorney LAWRENCE D. MURRAY
   a. Name: LAWRENCE D. MURRAY b. State Bar No. *(if applicable)*: 77536
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*: 1781 UNION STREET, SAN FRANCSICO, CA 94123
   d. Telephone No. *(include area code)*: (415) 673-0555
3. The party making this substitution is a [x] plaintiff [ ] defendant [ ] petitioner [ ] respondent [ ] other *(specify)*:

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:
   TEQUISHA CURLEY ▶ [signature]
   (TYPE OR PRINT NAME) (SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
   Date:
   MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
   AMANDA UHRHAMMER ▶ [signature]
   (TYPE OR PRINT NAME) (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
   Date:
   LAWRENCE D. MURRAY & ASSOCIATES
   LAWRENCE D. MURRAY ▶ [signature]
   (TYPE OR PRINT NAME) (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

**PROOF OF SERVICE BY MAIL**
**Substitution of Attorney—Civil**

***Instructions:*** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| AMANDA UHRHAMMER/SBN 199445<br>MASTAGNI,HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER<br>A Professional Corporation<br>1912 I Street<br>Sacramento, CA 95814<br>TELEPHONE NO.: (916) 446-4692 FAX NO. (Optional): (916)447-4614<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FILED<br>San Francisco County Superior Court<br>JUN 2 2 2007<br>GORDON PARK-LI, Clerk<br>BY: BETH WILBER:<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | |
| **SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)** | CASE NUMBER: CPF-07-507 047 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: ANJIE VERSHER makes the following substitution:

1. **Former legal representative** ☐ Party represented self ☒ Attorney *(name)*: AMANDA UHRHAMMER
2. **New legal representative** ☐ Party is representing self* ☒ Attorney LAWRENCE D. MURRAY
   a. Name: LAWRENCE D. MURRAY b. State Bar No. *(if applicable)*: 77536
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123
   d. Telephone No. *(include area code)*: (415) 673-0555
3. The party making this substitution is a ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other *(specify)*:

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:

ANJIE VERSHER
(TYPE OR PRINT NAME) ▶ [signature] (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date:

AMANDA UHRHAMMER
(TYPE OR PRINT NAME) ▶ MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER [signature] (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date:

LAWRENCE D. MURRAY
(TYPE OR PRINT NAME) ▶ LAWRENCE D. MURRAY & ASSOCIATES [signature] (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use Judicial Council of California MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285; Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

**PROOF OF SERVICE BY MAIL**
**Substitution of Attorney—Civil**

***Instructions:*** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:     (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
AMANDA UHRHAMMER/SBN 199445
MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A Professional Corporation
1912 I Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 446-4692 FAX NO. (Optional): (916)447-4614
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 22 2007
GORDON PARK-LI, Clerk
BY: BETH [illegible] Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

CASE NUMBER: CPF-07-507 047

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): ALISA ZEHNER makes the following substitution:

1. **Former legal representative** ☐ Party represented self ☒ Attorney (name): AMANDA UHRHAMMER
2. **New legal representative** ☐ Party is representing self* ☒ Attorney LAWRENCE D. MURRAY
   a. Name: LAWRENCE D. MURRAY b. State Bar No. (if applicable): 77536
   c. Address (number, street, city, ZIP, and law firm name, if applicable): 1781 UNION STREET, SAN FRANCISCO, CA 94123
   d. Telephone No. (include area code): (415) 673-0555
3. The party making this substitution is a ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:

ALISA ZEHNER ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date:

MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
AMANDA UHRHAMMER ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date:

LAWRENCE D. MURRAY & ASSOCIATES
LAWRENCE D. MURRAY ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

***Instructions:*** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An* *unsigned* *copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
AMANDA UHRHAMMER/SBN 199445
MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A Professional Corporation
1912 I Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 446-4692 FAX NO. (Optional): (916) 447-4614
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 22 2007
GORDON PARK-LI, Clerk
BY: BETH WILBER, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF

## SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)

CASE NUMBER: CPF-07-507 047

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): JOANNA CROTTY makes the following substitution:

1. **Former legal representative** ☐ Party represented self ☒ Attorney (name): AMANDA UHRHAMMER
2. **New legal representative** ☐ Party is representing self* ☒ Attorney LAWRENCE D. MURRAY
   a. Name: LAWRENCE D. MURRAY b. State Bar No. (if applicable): 77536
   c. Address (number, street, city, ZIP, and law firm name, if applicable): 1781 UNION STREET, SAN FRANCISCO, CA 94123
   d. Telephone No. (include area code): (415) 673-0555
3. The party making this substitution is a ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

4. I consent to this substitution.
   Date:
   JOANNA CROTTY (TYPE OR PRINT NAME) ▶ [signature] (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date:
   AMANDA UHRHAMMER (TYPE OR PRINT NAME) MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER ▶ [signature] (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: 4-6-07
   LAWRENCE D. MURRAY (TYPE OR PRINT NAME) LAWRENCE D. MURRAY ▶ [signature] (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285; Cal. Rules of Court, rule 3.1362

MC-050

| CASE NAME: SFDSA V. CITY AND COUNTY OF SAN FRANCISCO OFFICE OF THE SHERIFF | CASE NUMBER: CPF-07-507 047 |
|---|---|

**PROOF OF SERVICE BY MAIL**
**Substitution of Attorney—Civil**

***Instructions:*** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1 ) Date of mailing: (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-20-07

MARY THERESE TULLO
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

4. a. Name of person served: LAWRENCE D. MURRAY
   b. Address *(number, street, city, and ZIP)*: 1781 UNION STREET, SAN FRANCISCO, CA 94123

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

AMBAT, et al.
vs.
CITY & COUNTY OF SAN FRANCISCO, et al.

United States District Court

Northern District of California

Case No. C-07-03622 SI

**EXHIBIT B**

to

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OR STAY PENDING RESOLUTION OF STATE COURT PROCEEDING

CIV-110

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): 77536
TELEPHONE NO.: (415) 673-0555 / (415) 928-4084
Lawrence D. Murray
Murray & Associates
1781 Union Street
San Francisco, CA 94123
ATTORNEY FOR (Name): Plaintiffs

FOR COURT USE ONLY

ENDORSED
FILED
San Francisco County Superior Court
SEP 14 2007
GORDON PARK-LI, Clerk
BY: ELIAS BUTT
Deputy Clerk

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
Unlimited Jurisdiction

PLAINTIFF/PETITIONER: San Francisco Deputy Sheriffs' Association, et al.

DEFENDANT/RESPONDENT: City & County of San Francisco, et al.

## REQUEST FOR DISMISSAL

CASE NUMBER: CPF-07-507047

☐ Personal Injury, Property Damage, or Wrongful Death
☐ Motor Vehicle ☐ Other
☐ Family Law
☐ Eminent Domain
☒ Other (specify): Employment

**- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -**

BY FAX

1. **TO THE CLERK:** Please dismiss this action as follows:
   a. (1) ☐ With prejudice (2) ☒ Without prejudice
   b. (1) ☒ Complaint (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (name): on (date):
   (4) ☐ Cross-complaint filed by (name): on (date):
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☒ Other (specify):* On behalf of individual plaintiffs only: Dennis Carter, Joanna Crotty, Tequisha Curley, Michael Jones, Vincent Quock, Anjie Versher, and Alisa Zehner

Date: Sep. 14, 2007

Lawrence D. Murray
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE) [signed]
Attorney or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complainant

** If a cross-complaint - Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on (date):
4. ☐ Dismissal entered on (date): as to only (name):
5. ☐ Dismissal **not entered** as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
   b. Attorney or party without attorney not notified. Filing party failed to provide
   ☐ a copy to conformed ☐ means to return conformed copy

Date: Clerk, by ______________________, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

WWW.ATFORMS.COM 1-800-817-4202

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1781 Union Street, San Francisco, California 94123; (415) 673-0555.

On this date, I served the following document(s): REQUEST FOR DISMISSAL on the interested parties in this action as follows:

Amanda Uhrhammer
Mastagni Holstedt Amick Miller Johnsen & Uhrhammer
1912 I Street
Sacramento, CA 95814
Fax: (916) 447-4614

Jill Figg
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel: (415) 554-3800
Fax: (415) 554-4248

[XX] **[BY MAIL]** I caused envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed as shown above.

[ ] **[BY PERSONAL SERVICE]** I caused such envelope(s) to be delivered by hand to the above address(es).

[ ] **[BY FAX]** I caused the above entitled document(s) to be personally served on the above shown parties by facsimile transmission on the date shown below by confirming the fax phone number with the law office shown above then (a) transmitting it via the fax machine within this office, and (b) receiving a receipt from the machine within this office confirming all documents sent were in fact properly received.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California, on September 14, 2007.