**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 10/19/07

Case No.   C-07-3622 SI          Judge:   SUSAN ILLSTON

Title: MARCY AMBAT  -v- SAN FRANCISCO

Attorneys: L. Murray, J. Henning          Baumgartner, Ofierski

Deputy Clerk: Tracy Sutton  Court Reporter: S. Wilson

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss or to Stay - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to     @ 2:30 p.m. for Further Case Management Conference

Case continued to     @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will stay this case pending the state court proceeding.