Lawrence D. Murray  (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:     (415) 673-0555
Fax:     (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, , PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS,  LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, and MICHAEL ZEHNER,<br><br>                Plaintiffs,<br>          vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR, EDWARD  RUPPENSTEIN,  JOANNA PECOT,<br><br>                Defendants. | No.  CV 07-03622 SI<br><br>**NOTICE OF RELATED CASE** |

///

///

---

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

Please take notice that this action is related to a pending action in this court, specifically *Walker, et al. vs. City and County of San Francisco*, United States District Court, Northern District of California, Case No. 3:08-cv-02406-PJH, filed May 9, 2008.  Both of these actions involve the same defendant and involve the same circumstances giving rise to each lawsuit.

Respectfully submitted,

MURRAY & ASSOCIATES

DATED: May 20, 2008                    /s/_____
                                       LAWRENCE D. MURRAY
                                       Attorney for Plaintiffs