1  LAWRENCE D. MURRAY, State Bar #77536
   MURRAY & ASSOCIATES
2  1781 Union Street
   San Francisco, CA  94123
3  Telephone:  (415) 673-0555;  Facsimile:  (415) 928-4084
   Attorneys for Plaintiffs
4
   ELIZABETH SALVESON, State Bar #83788
5  Chief Labor Attorney
   JILL FIGG, State Bar #168281
6  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorneys
7  San Francisco City Attorney's Office
   Fox Plaza, 1390 Market Street, 5th Floor
8  San Francisco, California 94102-5408
   Telephone:  (415) 554-3859;  Facsimile:  (415) 554-4248
9

10

11                     **UNITED STATES DISTRICT COURT**

12                     **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, and MICHAEL ZEHNER, <br><br> Plaintiffs, <br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR, EDWARD RUPPENSTEIN, JOANNA PECOT, <br><br> Defendants. | No.  CV 07-03622 SI <br><br> **STIPULATION FOR ORDER AND ORDER LIFTING STAY DUE TO RESOLUTION OF STATE COURT ACTION** |

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 1
Stipulation For Order And Order Lifting Stay Due to Resolution Of State Proceedings

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

(a) On October 19, 2007, this court ordered a stay of all proceedings in this matter pending a resolution of similar claims in the California Superior Court, San Francisco, in the case entitled *San Francisco Deputy Sheriff's Association, et al., v. City and County of San Francisco,* Superior Court Number CPF-07-507047.

(b) On May 9, 2008, all remaining plaintiffs dismissed without prejudice all claims in the case in California Superior Court, San Francisco, entitled *San Francisco Deputy Sheriff's Association, et al., v. The City and County of San Francisco,* Superior Court Number CPF-07-507047.  A copy of the dismissal is attached as Exhibit A, and incorporated herein.

(c) Therefore, the basis for a stay of all proceedings has been removed.  The parties request that the court lift the stay and that this matter should proceed.

Date:   June 11, 2008

MURRAY & ASSOCIATES                                       SAN FRANCISCO CITY ATTORNEY OFFICE

_____/s/_____                             _____/s/_____
Lawrence D. Murray                                                 Margaret Baumgartner
Attorney for Plaintiffs                                                Attorney for Defendants

//

//

//

//

//

//

//

//

//

//

# ORDER ON STIPULATION FOR ORDER

Good cause appearing:  The stay is lifted and the clerk will schedule a new hearing date for a Case Management Conference after July 8, 2008.

Dated: _____

                                      _____
                                      SUSAN ILLSTON
                                      United States District Court Judge