1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   JILL FIGG, State Bar #168281
4  RAFAL OFIERSKI, State Bar # 194798
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, 5th Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-4244
7  Facsimile:    (415) 554-4248
   E-Mail:       rafal.ofierski@sfgov.org
8
   Attorneys for Defendants:
9  CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCY AMBAT, et al., | Case No. C 07-3622 SI |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

1  **PLEASE TAKE NOTICE** that Deputy City Attorney Rafal Ofierski has been assigned to
2  represent Defendant City and County of San Francisco in this action.
3      All future pleadings and communications should be sent to Deputy City Attorneys Margaret
4  W. Baumgartner, Jill Figg and Rafal Ofierski.
5  Dated: June 11, 2008

                       DENNIS J. HERRERA
                       City Attorney
                       ELIZABETH S. SALVESON
                       Chief Labor Attorney
                       MARGARET BAUMGARTNER
                       JILL J. FIGG
                       RAFAL OFIERSKI
                       Deputy City Attorney


                  By: /s/Rafal Ofierski_____
                       RAFAL OFIERSKI

                       Attorneys for Defendants
                       CITY AND COUNTY OF SAN FRANCISCO, et. al.