1  LAWRENCE D. MURRAY, State Bar #77536
   MURRAY & ASSOCIATES
2  1781 Union Street
   San Francisco, CA  94123
3  Telephone:  (415) 673-0555;  Facsimile:  (415) 928-4084
   Attorneys for Plaintiffs
4
   ELIZABETH SALVESON, State Bar #83788
5  Chief Labor Attorney
   JILL FIGG, State Bar #168281
6  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorneys
7  San Francisco City Attorney's Office
   Fox Plaza, 1390 Market Street, 5th Floor
8  San Francisco, California 94102-5408
   Telephone:  (415) 554-3859;  Facsimile:  (415) 554-4248
9

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13 | MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS,  LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, and MICHAEL ZEHNER, | No. CV 07-03622 SI |

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR,  EDWARD RUPPENSTEIN, JOANNA PECOT,

Defendants.

**STIPULATION FOR ORDER AND ORDER LIFTING STAY DUE TO RESOLUTION OF STATE COURT ACTION**

1   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

2   (a)  On October 19, 2007, this court ordered a stay of all proceedings in this matter pending a resolution of similar claims in the California Superior Court, San Francisco, in the case entitled *San Francisco Deputy Sheriff's Association, et al., v. City and County of San Francisco,* Superior Court Number CPF-07-507047.

(b)  On May 9, 2008, all remaining plaintiffs dismissed without prejudice all claims in the case in California Superior Court, San Francisco, entitled *San Francisco Deputy Sheriff's Association, et al., v. The City and County of San Francisco,* Superior Court Number CPF-07-507047.  A copy of the dismissal is attached as Exhibit A, and incorporated herein.

(c)  Therefore, the basis for a stay of all proceedings has been removed.  The parties request that the court lift the stay and that this matter should proceed.

Date:  June 11, 2008

| MURRAY & ASSOCIATES | SAN FRANCISCO CITY ATTORNEY OFFICE |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Lawrence D. Murray | Margaret Baumgartner |
| Attorney for Plaintiffs | Attorney for Defendants |

//

//

//

//

//

//

//

//

//

//

**ORDER ON STIPULATION FOR ORDER**

Good cause appearing: The stay is lifted and the clerk will schedule a new hearing date for a Case Management Conference after July 8, 2008.

Dated: _____

_____
SUSAN ILLSTON
United States District Court Judge

A further case management conference has been scheduled to occur on Friday, August 29, 2008, at 2:30 p.m. A joint case management conference statement shall be filed one week prior.

Case 3:07-cv-03622-SI    Document 20    Filed 06/19/2008    Page 3 of 3

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 3
Stipulation For Order And Order Lifting Stay Due to Resolution Of State Proceedings