United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA WALKER, et al.,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

No. C 08-2406 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    At a case management conference on August 14, 2008, counsel indicated that they both believed that this case was related to *Ambat v. City and County of San Francisco*, C07-3622 SI, in that the claims are identical except that the later case involves additional plaintiffs. The same attorneys represent the same parties in both cases. They also were both of the opinion that a prior notice of related case had been filed. However, the docket for the lower-numbered case does not reflect such a notice.

    Accordingly, the above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether it is related to the lower-numbered case on her docket.

    **IT IS SO ORDERED.**

Dated: August 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge