1  DENNIS J. HERRERA, State Bar #139669
City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
3  MARGARET BAUMGARTNER, State Bar #151762
JILL J. FIGG, State Bar #168281
4  RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
5  Fox Plaza
1390 Market Street, Fifth Floor
6  San Francisco, California 94102-5408
Telephone:    (415) 554-3859
7  Facsimile:    (415) 554-4248
E-Mail:        margaret.baumgartner@sfgov.org
8
Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO ET AL.

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  MARCY AMBAT, et al.,                    Case No. C 07-3622 SI

13              Plaintiffs,

14        vs.                               ADR CERTIFICATION

15  CITY AND COUNTY OF SAN
FRANCISCO, et al.,
16
Defendants.
17

18        PLAINTIFF MERCY AMBAT ET AL., AND DEFENDANT CITY AND COUNTY OF

19  SAN FRANCISCO, et al. file the following ADR Certificate:

20        The parties have agreed to a non-binding mediation and/or a settlement conference before a

21  magistrate judge.

22        **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL:**

23  **Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she**

24  **has read either the handbook entitled "Dispute Resolution Procedures in the Northern District**

25  **of California," or the specified portions of the ADR Unit's Internet site found at:**

26  **www.adr.cand.uscourts.gov, and/or discussed the available dispute resolution options provided**

27  *//*

28  *//*

ADR CERT
CASE NO.  C 07-3622 SI                      1                      n:\labor\li2007\080110\00503463.doc

1  **by the court and private entities, and considered whether this case might benefit from any of**

2  **them.**

3  Dated:   Aug. 15, 2008                    Respectfully submitted

4                                            DENNIS J. HERRERA

5                                            City Attorney
                                             ELIZABETH S. SALVESON

6                                            Chief Labor Attorney
                                             MARGARET BAUMGARTNER

7                                            JILL J. FIGG
                                             RAFAL OFIERSKI

8                                            Deputy City Attorneys

9                                        By:_____/s/_____

10                                           MARGARET W. BAUMGARTNER

11                                           Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO et al.

12

13          DATED:  Aug. 15, 2008

14

15                                           MURRAY & ASSOCIATES

16

17                                       By: _____/s/_____

18                                            Christina L. Johnson
                                              Attorney for Plaintiffs

19

20

21

22

23

24

25

26

27

28