1

2  DENNIS J. HERRERA, State Bar #139669
   City Attorney
3  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
4  MARGARET BAUMGARTNER, State Bar #151762
   JILL FIGG DAYAL, State Bar #168281
5  RAFAL OFIERSKI, State Bar #194798
   Deputy City Attorneys
6  Fox Plaza
   1390 Market Street, Fifth Floor
7  San Francisco, California 94102-5408
   Telephone:     (415) 554-3971
8  Facsimile:     (415) 554-4248
   E-Mail:        jill.figg@sfgov.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO, et al.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | MARCY AMBAT, et al.,                | Case No. C 07-3622 SI
14 |          Plaintiffs,                | CERTIFICATE OF INTERESTED
                                          ENTITIES OR PERSONS
15 |     vs.                             |
16 | CITY AND COUNTY OF SAN              |
     FRANCISCO, et al.,                  |
17 |                                     |
            Defendants.
18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES           1                n:\labor\li2007\080110\00445604.doc
CASE NO.  C 07-3622 SI

# CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Case No.:            C 07-3622 SI

Case Name:           *Ambat, et al. v. City & County of San Francisco et al.*

Please check the applicable box:

☒  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

☐  Interested entities or persons are listed below:

| Name of Interested Entity or Person | Nature of Interest |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

Printed Name:        JILL FIGG DAYAL
                     Deputy City Attorney

Address:             1390 Market St., 5th Floor, San Francisco, CA 94102

State Bar #          168281

Party Represented:   CITY AND COUNTY OF SAN FRANCISCO


Dated: August 21, 2008            DENNIS J. HERRERA
                                  City Attorney
                                  ELIZABETH S. SALVESON
                                  Chief Labor Attorney
                                  MARGARET BAUMGARTNER
                                  JILL FIGG DAYAL
                                  RAFAL OFIERSKI
                                  Deputy City Attorneys


                           By:            /s/
                                  JILL FIGG DAYAL
                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO et al.