DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET BAUMGARTNER, State Bar #151762
JILL J. FIGG, State Bar #168281
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-4248
E-Mail:        margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ARATA, STEPHEN TILTON, RODERICK WALLACE, JOHN MINOR, EDWARD RUPPENSTEIN, JOHNA PECOT,<br><br>Defendants. | Case No. C 07-3622 SI<br><br>NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS INDIVIDUAL DEFENDANTS<br><br>F.R.C.P 12(b)(6)<br><br>Hearing Date:     October 3, 2008<br>Time:             9:00 a.m.<br>Judge:            Hon. Susan Illston<br>Place:            Courtroom #10<br>                  19th Floor<br>Trial Date:       None Set |

1  **NOTICE OF MOTION AND MOTION**

2  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3  PLEASE TAKE NOTICE that on October 3, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, in Courtroom 10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102, Defendants City and County of San Francisco, Thomas Arata, Stephen Tilton, Roderick Wallace, John Minor, Edward Ruppenstein, Johna Pecot (collectively "the City") will, and hereby do, move to dismiss with prejudice all the retaliation claims Plaintiffs purport to assert against the individually named Defendants Arata, Tilton, Wallace, Minor, Ruppenstein and Pecot. The City brings this motion on the ground that neither Title VII nor FEHA imposes individual liability for alleged retaliation.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities filed herewith, the pleadings and papers on file in this action, and all evidence and argument that may be presented to the Court at the time of the hearing.

Dated: August 25, 2008                    Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET BAUMGARTNER
JILL J. FIGG
RAFAL OFIERSKI
Deputy City Attorneys


By:_____/s/_____
        RAFAL OFIERSKI

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

**FACTUAL BACKGROUND**

This action relates to a Sheriff's Department policy providing that only female Sheriff's Deputies may staff jail "pods" housing female inmates. Plaintiffs contend that the staffing policy constitutes unlawful discrimination. Four of the thirty-five Plaintiffs also contend that the Department retaliated against them for complaining about the policy. Plaintiffs named as Defendants the City and County of San Francisco and six senior Department officers. (*See generally* Complaint for Damages and Injunctive Relief.)

Plaintiffs allege nine causes of action. In two of these causes of action, four Plaintiffs attempt to assert retaliation claims under Title VII and the Fair Employment and Housing Act ("FEHA"). The four Plaintiffs attempt to assert these claims against both the City and the six individually named Defendants. (Complaint ¶¶ 128-136 [the Fifth and the Sixth Causes of Action].)

**ARGUMENT**

**I.  THE INDIVIDUALLY NAMED DEFENDANTS ARE NOT LIABLE FOR ALLEGED RETALIATION UNDER TITLE VII AND FEHA.**

Plaintiffs' attempt to sue the six individually named Defendants for alleged retaliation fails as a matter of law. Title VII imposes no individual liability under any circumstances. *See* 42 U.S.C. § 2000e-2(a); *Miller v. Maxwell's Int't, Inc.*, 991 F.2d 583, 587 (9th Cir. 1993). This absolute limitation on individual liability applies to retaliation claims. *See Little v. BP Exploration & Oil Co.*, 265 F.3d 357, 362 (6th Cir. 2001). FEHA likewise imposes no individual liability for retaliation. *Jones v. Lodge at Torrey Pines Partnership* (2008) 42 Cal.4th 1158, 1173-1174. Accordingly, the retaliation claims Plaintiffs allege in their Fifth and Sixth Causes of Action against the individual Defendants have no basis and must be dismissed.

**CONCLUSION**

The City respectfully requests that the Court grants its Motion and dismiss with prejudice all the retaliation claims alleged by Plaintiffs against the individually named Defendants in the Fifth and Sixth Causes of Action.

///

1 | Dated: August 25, 2008

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET BAUMGARTNER
JILL J. FIGG
RAFAL OFIERSKI
Deputy City Attorneys


By: _____/s/_____
RAFAL OFIERSKI

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.