IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT,  No. C 07-03622SI

      Plaintiff,  **NOTICE**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

      Defendant.
                                         /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, November 7, 2008, at 9:00 a.m.

Dated: August 26, 2008  RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk