UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-07-3622 SI           Judge:   SUSAN ILLSTON
AND C-08-2406 SI

Title: MARCY AMBAT  -v- SAN FRANCISCO

Attorneys: L. Murray, C. Johnson         Ofierski, Figgs

Deputy Clerk:  Tracy Sutton  Court Reporter:n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  **11/21/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to  **11/21/08 @ 9:00 a.m.**    for Plaintiff's Motion for Summary Judgment
(Motion due 10/17/08 , Opposition 10/31/08  Reply 11/7/08)

Case continued to  **@ 3:30 p.m.**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court vacated the 11/7/08 case management conference in C-08-2406 and held it on this day since all the same parties were here on the related case.

Plaintiff may file an amended complaint.