Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:(415) 673-0555  Fax: (415) 928-4084
Attorneys For Plaintiffs

DENNIS J. HERRERA (SBN 139669)
City Attorney
ELIZABETH S. SALVERSON (SBN 83788)
Chief Labor Attorney
MARGARET BAUMGARDNER (SBN 151762)
JILL FIGG DAYAL (SBN 168281)
RAFAL OFIERSKI (SBN 194798)
Deputy City Attorneys
Fax Plaza
1390 Market Street, Fifth Floor
San Francisco, CA 94102
Tel:    (415) 554-3800 Fax:   (415) 554-4248
Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al, | No.  CV 07-03622 SI |
| Plaintiffs, vs. | **STIPULATION FOR ORDER AND ORDER PERMITTING CONSOLIDATION OF ACTIONS AND PERMITTING FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |
| Also consolidated into this action is: | |
| PAMELA WALKER, et al, | No.  3 CV 08-2406 |
| Plaintiffs, vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 1
**Stipulation For Order Consolidating Cases and Permitting Amended Complaint with All Claims**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

(a) Plaintiffs represent there are additional San Francisco Deputy Sheriffs who have filed claims of discrimination and retaliation with the United States Equal Employment Opportunity Commission and who wish to be a part of one action, hence will seek leave to add them at the appropriate time;

(b) In a Case Management Conference, the Court has indicated a desire to secure all parties in one complaint so that it would assist in the efficient operation of the court and resolution of this matter;

(c) Three actions have been filed for the claims of gender discrimination at the San Francisco County Jail, (a) U.S. District Court Action Number CV 07-03622 SI entitled *Ambat v. City and County of San Francisco*; U.S. District Court Action Number 3 CV 08-2406 entitled *Walker v. City and County of San Francisco*; and similar claims in the California Superior Court, San Francisco, in the case entitled *San Francisco Deputy Sheriff's Association, et al, v. The City and County of San Francisco,* Superior Court Number CPF-07-567047.

(d) That on May 9, 2008, all remaining plaintiffs dismissed without prejudice all claims in the case in California Superior Court, San Francisco, entitled *San Francisco Deputy Sheriff's Association, et al, v. The City and County of San Francisco,* Superior Court Number CPF-07-567047, leaving only *Ambat* and *Walker* as the remaining actions before the courts.

(e) The parties agree with the Court that consolidating the *Ambat* action and the *Walker* action would enhance the resolution of the issues at the core of this action to have all of such issues resolved in one suit;

(f) Because current law provides only the employer may be liable for discrimination and retaliation, the First Amended and Consolidated Complaint does not name any individual defendants and contains no claims against individual defendants. Therefore, the pending motion in the *Ambat* case should be dismissed as moot and removed from the court's calendar.

    (g)    With both actions consolidated into one complaint, a copy of which is attached as Exhibit A, the case is now set for hearings on Summary Judgment/ Adjudication and further Case Management Conference.

    (h)    The purpose of this stipulation is to permit the plaintiffs to file the First Amended and Consolidated Complaint without resorting to a motion for leave to amend and or a motion to consolidate.  By entering into this Stipulation, the City does not waive its rights to challenge the First Amended and Consolidated Complaint, or any portion therefore, on any lawful ground at any proper time.

    (i)    Based on the forgoing representations and stipulation, the parties respectfully request that the Court issue an order consolidating the *Ambat* and *Walker* actions, authorizing plaintiffs to file their First Amended and Consolidated Complaint, and dismissing as moot the pending motion to dismiss the individual defendants in *Ambat*.

Date: September 29, 2008

MURRAY & ASSOCIATES                          SAN FRANCISCO CITY ATTORNEY OFFICE

\_/s/ Lawrence D. Murray \_\_\_\_\_                /s/ Rafal Ofierski _____ \_\_\_
Lawrence D. Murray                                  Rafal Ofierski
Attorney for Plaintiffs                                    Attorney for Defendants City and County of San Francisco, et al.

## ORDER ON STIPULATION FOR ORDER

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.

Date:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE