Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, and JEREMY DEJUSUS, <br><br>Plaintiffs, <br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, <br><br>Defendant. | Case No. C-07-3622 SI <br>(Consolidated with Case No: C-[ ]-2406 SI) <br><br>REQUEST FOR DISMISSAL; STIPULATION FOR ORDER DISMISSING PLAINTIFF JEREMY DE JESUS; and [proposed] ORDER <br><br>FRCP 41(a)(2) |

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 S    Page 1
Request for Dismissal as to Plaintiff Jeremy DeJesus Only: ORDER

APR-23-2009 11:46    14159284084    98%    P.03

## REQUEST FOR DISMISSAL

I, Jeremy DeJesus, am a plaintiff in this action. I hereby request that I be dismissed from this action with prejudice.

Dated: April 22, 2009

_____
Jeremy DeJesus

## STIPULATION FOR DISMISSAL

The parties, by and between their respective counsel, do hereby stipulate and agree that plaintiff Jeremy DeJesus be dismissed from this action. This request for dismissal is with prejudice and each party shall bear their own fees and costs.

Respectfully submitted,

Dated: April 22, 2009

_____
Lawrence D. Murray
MURRAY & ASSOCIATES
Attorney for Plaintiffs

Dated: April 22, 2009

_____
Margaret Baumgartner
CITY ATTORNEY'S OFFICE
Attorney for Defendant

## ORDER ON STIPULATION FOR DISMISSAL

Good cause appearing: Plaintiff Jeremy DeJesus is hereby dismissed from this action pursuant to FRCP 41(a)(2). This dismissal is with prejudice and each party shall bear their own fees and costs.

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Court Judge

---

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
Request for Dismissal as to Plaintiff Jeremy DeJesus Only; ORDER