Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:  (415) 673-0555
Fax:  (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, and JEREMY DEJUSUS,<br><br>Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. C-07-3622 SI<br>(Consolidated with Case No: C-08-2406 SI)<br><br>REQUEST FOR DISMISSAL; STIPULATION FOR ORDER DISMISSING PLAINTIFF Michael Zehner; and [proposed] ORDER<br><br>FRCP 41(a)(2) |

**REQUEST FOR DISMISSAL**

Ambat et al. v. CCSF et al.; United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 1
Request for Dismissal as to Plaintiff Michael Zehner Only; ORDER

1  I, Michael Zehner, am a plaintiff in this action. I hereby request that I be dismissed from this
2  action with prejudice.
3  Dated: April 24, 2009

    _____
    Michael Zehner

## STIPULATION FOR DISMISSAL

The parties, by and between their respective counsel, do hereby stipulate and agree that plaintiff Michael Zehner be dismissed from this action. This request for dismissal is with prejudice and each party shall bear their own fees and costs.

Respectfully submitted,

Dated: April 24, 2009

    _____
    Lawrence D. Murray
    MURRAY & ASSOCIATES
    Attorney for Plaintiffs

Dated: April 24, 2009

    _____
    Margaret Baumgartner
    CITY ATTORNEY'S OFFICE
    Attorney for Defendant

## ORDER ON STIPULATION FOR DISMISSAL

Good cause appearing: Plaintiff Michael Zehner is hereby dismissed from this action pursuant to FRCP 41(a)(2). This dismissal is with prejudice and each party shall bear their own fees and costs.

Dated: _____

    _____
    HON. SUSAN ILLSTON
    United States District Court Judge

Ambat et al. v. CCSF et al.; United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
Request for Dismissal as to Plaintiff Michael Zehner Only; ORDER