IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ORTEGA, | No. C-09-2652 MMC |
| Plaintiff | **ORDER OF REFERRAL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant | |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to <u>Ambat v. City and County of San Francisco</u>, 07-3622 SI.  (<u>See</u> Notice of Related Case, filed June 16, 2009, in C-09-2652.)

    **IT IS SO ORDERED.**

Dated: July 7, 2009

MAXINE M. CHESNEY
United States District Judge