Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, and JEREMY DEJESUS,<br><br>        Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | **Case No. C-07-3622 SI**<br>(Consolidated with Case NumberC-08-2406 SI)<br><br>REQUEST FOR DISMISSAL; STIPULATION FOR ORDER DISMISSING PLAINTIFF Alisa Davis-Zehner; and [proposed] ORDER<br><br>FRCP 41(a)(2) |

## REQUEST FOR DISMISSAL

I, Alisa Davis-Zehner, am a plaintiff in this action. I hereby request that I be dismissed from this action with prejudice.

Dated: August 28, 2009

_____
Alisa Davis-Zehner

## STIPULATION FOR DISMISSAL

The parties, by and between their respective counsel, do hereby stipulate and agree that plaintiff Alisa Davis-Zehner be dismissed from this action. This request for dismissal is with prejudice and each party shall bear their own fees and costs.

Respectfully submitted,

Dated: August ___, 2009

_____
Lawrence D. Murray
MURRAY & ASSOCIATES
Attorney for Plaintiffs

Dated: August ___, 2009

_____
Margaret Baumgartner
CITY ATTORNEY'S OFFICE
Attorney for Defendant

## ORDER ON STIPULATION FOR DISMISSAL

Good cause appearing: Plaintiff Alisa Davis-Zehner is hereby dismissed from this action pursuant to FRCP 41(a)(2). This dismissal is with prejudice and each party shall bear their own fees and costs.

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Court Judge

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
Request For Dismissal; Stipulation For Order Dismissing Plaintiff Alisa Davis-Zehner; And [Proposed] Order

### REQUEST FOR DISMISSAL

I, Alisa Davis-Zehner, am a plaintiff in this action. I hereby request that I be dismissed from this action with prejudice.

Dated: August ___, 2009

_____
Alisa Davis-Zehner

### STIPULATION FOR DISMISSAL

The parties, by and between their respective counsel, do hereby stipulate and agree that plaintiff Alisa Davis-Zehner be dismissed from this action. This request for dismissal is with prejudice and each party shall bear their own fees and costs.

Respectfully submitted,

Dated: August 21, 2009

_____
Lawrence D. Murray
MURRAY & ASSOCIATES
Attorney for Plaintiffs

Dated: August ___, 2009

_____
Margaret Baumgartner
CITY ATTORNEY'S OFFICE
Attorney for Defendant

### ORDER ON STIPULATION FOR DISMISSAL

Good cause appearing: Plaintiff Alisa Davis-Zehner is hereby dismissed from this action pursuant to FRCP 41(a)(2). This dismissal is with prejudice and each party shall bear their own fees and costs.

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Court Judge

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
Request For Dismissal; Stipulation For Order Dismissing Plaintiff Alisa Davis-Zehner; And [Proposed] Order