Lawrence D. Murray  (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:    (415) 673-0555
Fax:    (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS,  LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, and JEREMY DEJESUS,

                    Plaintiffs,
          vs.

CITY AND COUNTY OF SAN FRANCISCO,

                    Defendant.

**Case No. C-07-3622 SI**
(Consolidated with Case NumberC-08-2406 SI)


REQUEST FOR DISMISSAL; STIPULATION FOR ORDER DISMISSING PLAINTIFF Alisa Davis-Zehner; and [proposed] ORDER

FRCP 41(a)(2)

Request For Dismissal; Stipulation For Order Dismissing Plaintiff Alisa Davis-Zehner; And [Proposed] Order

## REQUEST FOR DISMISSAL

I, Alisa Davis-Zehner, am a plaintiff in this action. I hereby request that I be dismissed from this action with prejudice.

Dated: August 28, 2009                    _____

                                                Alisa Davis-Zehner

## STIPULATION FOR DISMISSAL

The parties, by and between their respective counsel, do hereby stipulate and agree that plaintiff Alisa Davis-Zehner be dismissed from this action. This request for dismissal is with prejudice and each party shall bear their own fees and costs.

Respectfully submitted,

Dated: August ___, 2009                  _____

                                                Lawrence D. Murray
                                                MURRAY & ASSOCIATES
                                                Attorney for Plaintiffs

Dated: August ___, 2009                  _____

                                                Margaret Baumgartner
                                                CITY ATTORNEY'S OFFICE
                                                Attorney for Defendant

## ORDER ON STIPULATION FOR DISMISSAL

Good cause appearing: Plaintiff Alisa Davis-Zehner is hereby dismissed from this action pursuant to FRCP 41(a)(2). This dismissal is with prejudice and each party shall bear their own fees and costs.

Dated: _____          _____

                                                HON. SUSAN ILLSTON
                                                United States District Court Judge

---

*Ambat et al. v. CCSF et al.*; United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
Request For Dismissal; Stipulation For Order Dismissing Plaintiff Alisa Davis-Zehner; And [Proposed] Order

Case3:07-cv-03622-SI   Document115   Filed09/11/09   Page3 of 3

## REQUEST FOR DISMISSAL

I, Alisa Davis-Zehner, am a plaintiff in this action.  I hereby request that I be dismissed from this action with prejudice.

Dated: August ___, 2009

_____
Alisa Davis-Zehner

## STIPULATION FOR DISMISSAL

The parties, by and between their respective counsel, do hereby stipulate and agree that plaintiff Alisa Davis-Zehner be dismissed from this action.  This request for dismissal is with prejudice and each party shall bear their own fees and costs.

Respectfully submitted,

Dated: August 21, 2009

_____
Lawrence D. Murray
MURRAY & ASSOCIATES
Attorney for Plaintiffs

Dated: August ___, 2009

_____
Margaret Baumgartner
CITY ATTORNEY'S OFFICE
Attorney for Defendant

## ORDER ON STIPULATION FOR DISMISSAL

Good cause appearing:  Plaintiff Alisa Davis-Zehner is hereby dismissed from this action pursuant to FRCP 41(a)(2).  This dismissal is with prejudice and each party shall bear their own fees and costs.

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Court Judge