IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 09-02652 SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO STRIKE AND FOR A MORE DEFINITIVE STATEMENT** |

On September 18, 2009, the Court heard oral argument in this case and a related case, *Ambat v. City and County of San Francisco*, No. C 07-03622 SI. Having consolidated the two cases and ordered plaintiffs to file a consolidated complaint, the Court hereby DENIES as moot defendants' motion to strike and for a more definitive statement. [Docket No. 6].

**IT IS SO ORDERED.**

Dated: September 18, 2009

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge