Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123 Tel: (415) 673-0555  Fax: (415) 928-4084
ATTORNEYS FOR PLAINTIFFS

DENNIS J. HERRERA, State Bar #139669  City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET BAUMGARTNER, State Bar #151762
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-4248
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, JEREMY DEJESUS, and MARTHA ORTEGA<br>         Plaintiffs,<br>vs.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>         Defendant. | Case No. C-07-3622 SI<br>(Consolidated with Case Number C-08-2406 SI)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY EXPERT REPORT DISCLOSURE AND FILING DEADLINES** |

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 1
Joint Stipulation And [Proposed] Order To Modify Expert Report Disclosure And Filing Deadlines

Plaintiffs and Defendant CITY AND COUNTY OF SAN FRANCISCO, by and through their respective attorneys of record, hereby stipulate and request the Court to further modify the Pre-Trial Scheduling Order by extending the date for filing Expert Witness Reports from October 9, 2009, to October 30, 2009. It is requested that the court order the parties submit:

(a) Expert Witness Reports on or before October 30, 2009;

(b) Rebuttal Expert Witness Reports on or before November 15, 2009;

(c) Completion of Expert Depositions by December 11, 2009.

The motions for summary judgment are scheduled to be filed no later than January 8, 2010, the opposition is due by January 22, 2010, the reply is due January 29, 2010, and hearing on the summary judgment no later than February 12, 2010. Jury trial in this case is currently scheduled for March 29, 2010. None of these dates need be changed.

Good cause exists to change the Expert Witness Reports due date because discovery is still ongoing, (a) the court having ordered production of documents not yet produced which may be significant in the formulation of opinions of the various experts, (b) the court keeping discovery open for the taking of depositions where the deponents have had to cancel and reschedule their depositions have not had their depositions taken, and (c) there are numerous motions before the court for compelling discovery and the court may not have ruled upon and the City produced the records by the time expert

//
//
//
//
//
//
//
//
//
//
//
//
//

---

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI   Page 2
Joint Stipulation And [Proposed] Order To Modify Expert Report Disclosure And Filing Deadlines

disclosure is due. For this reason, the parties respectfully request the Court modify the Pre-Trial Scheduling Order so that expert disclosure conformed to the foregoing new dates.

Dated: October 1, 2009

                MURRAY & ASSOCIATES

By /s/ Lawrence D. Murray
Lawrence D. Murray
Attorney for Plaintiffs

Dated: October 1, 2009

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney


By: /s/Margaret W. Baumgartner
MARGARET W. BAUMGARTNER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**IT IS SO ORDERED.**

Dated: _____    _____
                                      United States District Judge

---

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 3
Joint Stipulation And [Proposed] Order To Modify Expert Report Disclosure And Filing Deadlines