United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No.  C 07-03622 SI<br><br>Subsequently Filed<br>Related Cases:<br>    C 08-2406 SI<br>    C 09-2652 SI<br><br>**ORDER RE: ADMINISTRATIVE CLOSING OF SUBSEQUENTLY FILED CASES** |

Plaintiffs' motion to consolidate cases No. C 08-2406 and No. C 09-2652 with first-filed case No. C 07-3622 having been granted, and the amended, consolidated complaint having been filed in case No. C 07-3622, it is hereby ORDERED that the later filed cases (Nos. C 08-2406 and C 09-2652) are administratively closed.

**IT IS SO ORDERED.**

Dated: October 14, 2009

SUSAN ILLSTON
United States District Judge