Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:(415) 673-0555  Fax: (415) 928-4084
Attorneys For Plaintiffs

DENNIS J. HERRERA (SBN 139669)
City Attorney
ELIZABETH S. SALVESON (SBN 83788)
Chief Labor Attorney
MARGARET BAUMGARTNER  (SBN 151762)
RAFAL OFIERSKI (SBN 194798)
Deputy City Attorneys
Fax Plaza
1390 Market Street, Fifth Floor
San Francisco, CA 94102
Tel:     (415) 554-3800 Fax:   (415) 554-4248
Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, | No.  **Case No. C-07-3622 SI**<br>(including No: C-08-2406 SI **&** C-09-2652 SI)<br><br>**STIPULATION FOR ORDER AND ORDER PERMITTING FILING OF PLAINTIFFS' THIRD AMENDED & CONSOLIDATED COMPLAINT FOR DAMAGES AND <u>INJUNCTIVE RELIEF                       </u>**.<br>1) Gender Discrimination, Title VII<br>2) Gender Discrimination, FEHA<br>3) Gender Employment Restriction Title VII<br>4) Gender Employment Restriction, FEHA<br>5) Retaliation for Protected Activity, Title VII<br>6) Retaliation for Protected Activity, FEHA<br>7) Failure To Prevent Violation of FEHA<br>8) California Labor Code § 1102.5 et seq<br>9) Peace Officer Bill of Rights (Govt § 3309.5)<br><br>**JURY TRIAL DEMANDED** |

|   |   |
|---|---|
| 1 | JEREMY DEJUSUS and MARTHA ORTEGA |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | CITY AND COUNTY OF SAN FRANCISCO, |
| 5 | Defendant. |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

(a) A stipulation for filing the Third amended complaint is needed because Plaintiffs' counsel inadvertently listed Sheriff Hennessey and Undersheriff Dempsey as named defendants in their Second Amended Complaint along with some additional allegations.

(b) The Third Amended Complaint has corrected these oversights, and also added Martha Ortega's name as a plaintiff pursuant to the Order of this Court granting consolidation.

(c) Based on the forgoing representations and stipulation, the parties respectfully request that the Court issue an order authorizing plaintiffs to file their Third Amended and Consolidated Complaint.

Date: October 12, 2009

MURRAY & ASSOCIATES                              SAN FRANCISCO CITY ATTORNEY OFFICE


/s/_____                   /s/_____
Lawrence D. Murray                               Margaret Baumgartner
Attorney for Plaintiffs                          Attorney for Defendant City and County of San Francisco.

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
STIPULATION FOR ORDER AND ORDER PERMITTING FILING OF PLAINTIFF'S THIRD AMENDED & CONSOLIDATED COMPLAINT FOR DAMAGES AND <u>INJUNCTIVE RELIEF</u>

**ORDER ON STIPULATION FOR ORDER**

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.

Date:

Susan Illston

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE