OCT-29-2009 11:43 FROM: 4155544248 TO:4155544248 P.02
Case3:07-cv-03622-SI Document159 Filed 10/30/09 Page1 of 3
Case3:07-cv-03622-SI Document157 Filed10/29/09 Page1 of 3

Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:(415) 673-0555 Fax: (415) 928-4084
Attorneys For Plaintiffs

DENNIS J. HERRERA (SBN 139669)
City Attorney
ELIZABETH S. SALVESON (SBN 83788)
Chief Labor Attorney
MARGARET BAUMGARTNER (SBN 151762)
RAFAL OFIERSKI (SBN 194798)
Deputy City Attorneys
Fax Plaza
1390 Market Street, Fifth Floor
San Francisco, CA 94102
Tel: (415) 554-3800 Fax: (415) 554-4248
Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MERCY AMBAT et al. | No. Case No. C-07-3622 SI |
|---|---|
| Plaintiffs, | (including No: C-08-2406 SI & C-09-2652 SI) |
| vs. | **STIPULATION FOR ORDER AND ORDER PERMITTING EXTENSION ON DISCLOSURE OF EXPERT WITNESSES AND EXCHANGE OF EXPERT WITNESS REPORTS** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Plaintiffs and Defendant CITY AND COUNTY OF SAN FRANCISCO, by and through their respective attorneys of record, hereby stipulate and request the Court to further modify the Pre-Trial Scheduling Order by extending:

(a) Exchange of all Expert Witness Reports shall occur One (1) week prior to the date of the first scheduled Expert Witness' deposition in this matter.

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 1
STIPULATION FOR ORDER AND ORDER PERMITTING FILING OF PLAINTIFF'S THIRD AMENDED & CONSOLIDATED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Disclosure of the identity of Expert Witnesses shall still occur on October 30, 2009. Furthermore, the motions for summary judgment are scheduled to be filed no later than January 8, 2010, the opposition is due by January 22, 2010, the reply is due January 29, 2010, and hearing on the summary judgment no later than February 12, 2010. Jury trial in this case is currently scheduled for March 29, 2010. None of these dates need be changed.

Good cause exists to change the disclosure of Expert Witnesses and Expert Witness Reports due date because completion of discovery is still ongoing and the parties have been unable to complete the Court ordered inspection of County Jail #8 for the purposes of taking measurements and assessing sight lines. The completion of this inspection is required in order to obtain information necessary for completing the Expert Witness Reports.

For this reason, the parties respectfully request the Court modify the Pre-Trial Scheduling Order so that expert disclosure conformed to the foregoing new dates.

Date: October 28, 2009

MURRAY & ASSOCIATES                           SAN FRANCISCO CITY ATTORNEY OFFICE

Lawrence D. Murray                            Margaret Baumgartner
Attorney for Plaintiffs                       Attorney for Defendant City and County of San Francisco.

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 2
STIPULATION FOR ORDER AND ORDER PERMITTING FILING OF PLAINTIFF'S THIRD AMENDED & CONSOLIDATED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## ORDER ON STIPULATION FOR ORDER

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.

Date:

*(signature)*

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

---

*Ambat et al. v. CCSF et al.*; United States District Court, Northern District of Calif. Case No. C 07-3622 SI    Page 3
STIPULATION FOR ORDER AND ORDER PERMITTING FILING OF PLAINTIFF'S THIRD AMENDED &
CONSOLIDATED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF