LAWRENCE D. MURRAY (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, ZAINABU ANDERSON, JOHN ARITA, DENNIS CARTER, SHARON CASTILLO, JOANNA CROTTY, TEQUISHA CURLEY, ALISA DAVIS-ZEHNER, MARLA DENZER, PATTI FLYNN, TERESA FOX, JON GRAY, TORI JACKSON, LISA JANSSEN, MICHAEL JONES, RICHARD LEE, SANDRA MACLIN-GIBSON, SUKHWANT MANN, GLORIA MARTIN, ARTURO MEDRANO, MARC NUTI, KEVIN O'SHEA, ANTHONY PEPPERS, VINCENT QUOCK, WENDY RODGERS-WELLS, LANA SLOCUM, ERNEST SMITH, TONYETTE SMITH-AL GHANI, MATTIE SPIRES-MORGAN, KENNETH TAN, ANJIE VERSHER, BONNIE WESTLIN, YVETTE WILLIAMS, ROLAND ZANIE, MICHAEL ZEHNER, PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, JEREMY DEJESUS, and MARTHA ORTEGA<br>       Plaintiffs,<br> vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>      Defendant. | **Case No. C-07-3622 SI**<br>(Consolidated with Case No. C-08-2406 SI and C-09-2652 SI)<br><br>**[PROPOSED] ORDER TO PERMIT FILING OF STATEMENT OF UNDISPUTED AND DISPUTED FACT WITH PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br>**(Local Rule 56-1(a) and (b))** |

1  By prior order of the court, the motions for summary judgment are scheduled to be filed no later than January 8, 2010, the oppositions are due by January 22, 2010, the replies are due January 29, 2010, and hearing on the motions for summary judgment no later than February 12, 2010. Jury trial in this case is currently scheduled for March 29, 2010. None of these dates need be changed.

There are no less than approximately fifty one (51) depositions compiled so far (14 by plaintiff, 37 by defendants), and likely about eight expert reports in this matter which will be in large part the basis for cross motions for Summary Judgment. There are also tens of thousands of pages of documents which comprise the discovery to date. In order to avoid unnecessarily lengthening the briefs in this matter, the parties seek Court authority under Local Rule 56-1 (b) to file Statements of Undisputed Fact, and later the Statements of Disputed Fact. The organization of the briefing and corresponding listings of disputed and undisputed fact should shorten the Memorandum of Points and Authorities as well as render the Points and Authorities concise.

The Northern District Local Rules, Rule 56-1 (a) indicates that no Separate Statement shall be filed unless by order of the Court under Rule 56-1 (b).

Good cause exists to PERMIT the filing of disputed and undisputed facts in order to expedite review and consideration of the extensive evidence in support of the claims and defenses in this case in a concise manner.

**IT IS SO ORDERED**.

Dated: _____  _____
                           Hon. Susan Illston
                           United States District Judge

---

*Ambat et al. v. CCSF et al.;* United States District Court, Northern District of Calif. Case No. C 07-3622 SI     Page 2
 [Proposed] Order Permitting Filing of Statements of Disputed & Undisputed Fact