DENNIS J. HERRERA, State bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-4244;  Facsimile: (415) 554-4248
E-mail: rafal.ofierski@sfgov.org

Attorneys for Defendant:
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendant. | Case No. CVC 07-03622 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Hearing Date: Feb. 12, 2010<br>Time:　　　　9:00 a.m.<br>Place:　　　　Dept. 10, 19th Floor<br>Address:　　　450 Golden Gate Ave.<br>　　　　　　　San Francisco, CA<br><br>Trial Date:　　March 29, 2010 |
| Also consolidated into this action are:<br><br>PAMELA WALKER, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendant | Case No. CVC 08--2406 SI |
| MARTHA ORTEGA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendant. | Case No. CVC 09-2652 SI |

**Order re Sealing**
*Ambat v. CCSF*, USDC Case No.  C 07-3622 SI

1  Pursuant to Civil Local Rule 7-11(a) and 79-5, the City and County of San Francisco
2  submitted an Administrative Request For Order to File Under Seal Exhibits A and B to the
3  Declaration of Chief Veronica Keller in Support of Motion for Summary Judgment.  Having
4  considered the City's submission, the Court hereby GRANTS the City's administrative motion to file
5  under seal redacted copies of Exhibits A and B to the Declaration of Veronica Keller in Support of
6  Defendant City and County of San Francisco's Motion for Summary Judgment.

8  IT IS SO ORDERED.

10  Dated: _____     _____
                                                The Honorable Susan Illston
                                                United States District Chief Judge

**Order re Sealing**
*Ambat v. CCSF*, USDC Case No.  C 07-3622 SI

1