DENNIS J. HERRERA, State bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4244; Facsimile: (415) 554-4248
E-mail: rafal.ofierski@sfgov.org

Attorneys for Defendant:
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. CVC 07-03622 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Hearing Date: Feb. 12, 2010<br>Time:          9:00 a.m.<br>Place:         Dept. 10, 19th Floor<br>Address:      450 Golden Gate Ave.<br>                    San Francisco, CA<br><br>Trial Date:    March 29, 2010 |
| Also consolidated into this action are:<br><br>PAMELA WALKER, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant | Case No. CVC 08--2406 SI |
| MARTHA ORTEGA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. CVC 09-2652 SI |

Pursuant to Civil Local Rule 7-11(a) and 79-5, the City and County of San Francisco submitted an Administrative Request For Order to File Under Seal Exhibits A and B to the Declaration of Chief Veronica Keller in Support of Motion for Summary Judgment. Having considered the City's submission, the Court hereby GRANTS the City's administrative motion to file under seal redacted copies of Exhibits A and B to the Declaration of Veronica Keller in Support of Defendant City and County of San Francisco's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: 1/13/10



**Order re Sealing**
*Ambat v. CCSF*, USDC Case No. C 07-3622 SI