DENNIS J. HERRERA, State bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4244; Facsimile: (415) 554-4248
E-mail: rafal.ofierski@sfgov.org

Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. CVC 07—3622 SI <br><br> **STIPULATION AND ORDER PERMITTING FILING OF OVERSIZE REPLY BRIEF** <br><br> Hearing Date: Feb. 12, 2010 <br> Time: 9:00 a.m. <br> Ctrm: 19th Fl. |
| Also consolidated into this action are: <br><br> PAMELA WALKER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant | Case No. CVC 08—2406 SI |
| MARTHA ORTEGA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. CV 09-2652 SI |

# STIPULATION

The parties hereby agree and stipulate that due to the complexity of this matter, that both parties may file reply memoranda of points and authorities of up to 20 pages for the cross motions for summary judgment.

SO STIPULATED.

DATED: January 27, 2010

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH SALVESON
        Chief Labor Attorney
        MARGARET W. BAUMGARTNER
        Deputy City Attorney

        /s/Margaret W. Baumgartner
        MARGARET W. BAUMGARTNER

        Attorneys for Defendant

DATED: January 27, 2010

        LARRY MURRAY
        MURRAY & ASSOCIATES

        ROBERT STRICKLAND

        Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | The parties hereby agree and stipulate that due to the complexity of this matter, that both |
| 3 | parties may file reply memoranda of points and authorities of up to 20 pages for the cross motions for |
| 4 | summary judgment. |
| 5 | SO STIPULATED. |
| 6 | DATED: January 27, 2010 |

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

_____
MARGARET W. BAUMGARTNER

Attorneys for Defendant

DATED: January 27, 2010

LARRY MURRAY
MURRAY & ASSOCIATES

_____
ROBERT STRICKLAND

Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **PROPOSED ORDER** |
| 2 | The parties have submitted a stipulation regarding the page limit for the reply memoranda of |
| 3 | points and authorities in support of the cross motions for summary judgment. Good cause appearing, |
| 4 | the Court hereby grants the request of both parties to file a reply memorandum in support of the |
| 5 | motions for summary judgment of up to 20 pages in length. |
| 6 | SO ORDERED. |
| 7 | |
| 8 | Dated: _____ _____ |
| 9 | HON. SUSAN ILLSTON, JUDGE |
|   | UNITED STATES DISTRICT COURT |