IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al., | No. C 07-03622 SI |
| Plaintiffs, | **ORDER CLARIFYING SUMMARY JUDGMENT ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The Court's February 17, 2010 Order Re: Summary Judgment Motions contained inconsistent statements as to the dates on which the parties' supplementary submissions regarding plaintiff Janssen's retaliation claim must be filed. The Court hereby clarifies its prior order as follows:

Defendant shall augment the record in relation to plaintiff Janssen's retaliation claim no later than **March 1, 2010,** and plaintiffs shall respond within **seven days from the date of defendant's submission**.

**IT IS SO ORDERED.**

Dated: February 18, 2010

SUSAN ILLSTON
United States District Judge