IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 07-03622 SI

**ORDER CONTINUING TRIAL**

    Plaintiffs' counsel has filed a request for a continuation of the trial date in this case. Plaintiffs' counsel has a scheduling conflict with the current trial date of April 5, 2010. In addition, counsel has indicated that in light of the limited number of claims remaining after summary judgment, counsel wishes to enter into settlement negotiations with defendant. Defendant has stated that it does not oppose plaintiffs' request to continue the trial date in view of the possibility of settlement.

    The trial date in this matter is therefore continued to **June 28, 2010.** The parties are directed to contact Magistrate Judge James to arrange a further settlement conference.

**IT IS SO ORDERED.**

Dated: March 17, 2010

SUSAN ILLSTON
United States District Judge