DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET BAUMGARTNER, State Bar #151762
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-4248
E-Mail:        margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MERCY AMBAT, et al. | Case No. C 07-3622 SI |
|---|---|
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER CONTINUING DATE OF PRETRIAL DISCLOSURES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | Current Date:   May 28, 2010<br>Proposed Date:  June 11, 2010 |
| Defendants. | Trial Date:    June 28, 2010 |

Stip & Order re Pre-trial disclosures
CASE NO.  C 07-3622 SI
1
n:\labor\li2007\080110\00629419.doc

**STIPULATION**

The court scheduled the trial date in this matter for June 28, 2010, and scheduled a pre-trial conference on June 15, 2010. The party's pretrial disclosures are due on May 28, 2010, and pre-trial submissions due June 1, 2010. However, the parties were unable to schedule a settlement conference before June 8, 2010. The parties therefore request that the court continue the date for pre-trial submissions of jury instructions, motions in limine, and stipulations regarding admissibility be continued to Friday, June 11, 2010.

The parties therefore agree and stipulate, and request that the court order, that the date for the parties' pre-trial disclosures be continued from May 28, 2010 to June 11, 2010. The parties believe that being required to submit pre-trial submissions prior to the settlement conference may cause unnecessary expenditure of resources, and may interfere with a successful outcome of the settlement conference.

SO STIPULATED.

DATED: May 20, 2010

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
RAFAL OFIERSKI
Deputy City Attorneys

_____/S/_____
RAFAL OFIERSKI

Attorneys for Defendants

DATED: May 20, 2010

LARRY MURRAY
MURRAY & ASSOCIATES

_____/S/_____
LARRY MURRAY

Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | **PROPOSED ORDER** |
| 2 | Pursuant to stipulation of all parties, the parties shall submit their pre-trial submissions of jury |
| 3 | instructions, motions in limine, and stipulations regarding admissibility on June 11, 2010. |
| 4 | SO ORDERED. |
| 5 | Date:   May __, 2010 |

_____
Hon. Susan Illston
Judge, United States District Court, Northern District of California