IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al., | No. C 07-03622 SI |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Plaintiffs have requested that the Court reconsider its decision granting summary judgment in defendant's favor in view of the recent Ninth Circuit decision in *Breiner v. Nevada Department of Corrections*, No. 09-15568, slip op. (9th Cir. July 8, 2010). The Court agrees that supplemental briefing on the impact of the *Breiner* decision upon the summary judgment ruling in this case is appropriate. Accordingly, the parties are hereby directed to submit briefing regarding the effect of the *Breiner* decision according to the following schedule:

    Plaintiffs' brief:        July 21, 2010

    Defendant's brief:       July 28, 2010

The Court will take the matter under submission upon completion of the briefing schedule and will set a hearing if necessary.

**IT IS SO ORDERED.**

Dated: July 9, 2010

SUSAN ILLSTON
United States District Judge

*United States District Court*
*For the Northern District of California*