IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT, et al.,   No. C 07-03622 SI

　　　　Plaintiffs,   **JUDGMENT**

　v.

CITY AND COUNTY OF SAN FRANCISCO,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　/

In accordance with the Court's Order of May 27, 2011, judgment is hereby entered in favor of defendant and against plaintiffs on the employment discrimination claims related to the Sheriff's policy requiring that only female deputies be assigned to staff female-only housing pods in San Francisco County Jail #8, as to which summary judgment was granted on February 17, 2010. Judgment is further entered in favor of defendant and against all plaintiffs except Spires-Morgan, Janssen and Versher on all other claims asserted in the complaint.

The retaliation claims of plaintiffs Spires-Morgan, Janssen and Versher have been settled. Judge James retains jurisdiction, in accordance with the terms of the settlement agreement, and without further court filings, to resolve any disagreement between the parties with regard to which days of sick leave are to be recredited to plaintiffs Spires-Morgan and Janssen, and which papers are to be removed from the personnel files of plaintiffs Spires-Morgan, Janssen, and Versher. Any determination on those matters is not subject to appeal.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge