# MURRAY & ASSOCIATES

ATTORNEYS AT LAW
1781 Union Street
San Francisco, California 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

August 3, 2011

Hon. Susan Illston                                            **Via ECF**
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Ambat, et al. vs. CCSF, et al.*; USDC, Northern Dist., Case No. 07-03622 SI

Dear Honorable Judge Illston:

The hearing on plaintiffs' fee motion is currently set for hearing on August 12, 2011, at 9:00 a.m. I am now scheduled for a hearing in Lake County at the same time, for which I will try to appear via courtcall. Additionally, I will be on vacation with my son during that week.

Due to this scheduling conflict, I have asked opposing counsel, Rafal Ofierski, to stipulate to continue the hearing in this matter to September 2, 2011, at 9:00 a.m. He will not stipulate, but has stated he will not oppose our request to continue this hearing. Attached as Exhibit 1 is a copy of the emails to that effect.

It is respectfully requested that the hearing on plaintiffs' fee motion be continued to September 2, 2011 at 9:00 a.m. Thank you.


Very Truly Yours,

Murray & Associates

/S/
Lawrence D. Murray

cc:    Rafal Ofierski   [Via ECF]

## ORDER

The above is so ordered.

Dated:  __8/10/11__                          _____
                                             Honorable Susan Illston
                                             United States District Court Judge

# Re: ambat vs ccsf

From: **Rafal.Ofierski@sfgov.org**
Sent: Wed 8/03/11 11:18 AM
To: jcwong33@hotmail.com

i won't stipulate, but i won't oppose it.

Rafal Ofierski
San Francisco Deputy City Attorney
(415) 554-4244

| | |
|---|---|
| From: | jonathan wong <jcwong33@hotmail.com> |
| To: | rafal ofierski <rafal.ofierski@sfgov.org> |
| Cc: | larry murray <daydrmn@aol.com> |
| Date: | 08/03/2011 10:39 AM |
| Subject: | ambat vs ccsf |

Hi Rafal,
The hearing on plaintiffs' fee motion is currently set for 8/12/11 at 9am. Larry is now set for another matter in Lake County at the same time. Can we move the fee motion hearing to 9/2/11 at 9am? If agreeable, I will send a stip/order for your signature. Thank you.
Jonathan