IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, *et al.* | No. C 07-03622 SI |
| Plaintiffs, | **ORDER RE: MOTION FOR ATTORNEY'S FEES** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Plaintiffs are hereby ORDERED to submit **by 12:00 p.m. on Thursday, September 1, 2011** a sworn declaration, **accompanied by contemporaneous time records**, as to the attorney and paralegal time spent performing tasks that related solely to the retaliation claims of plaintiffs Janssen, Spires-Morgan, and Versher. The declaration and records should reflect how much time was spent, when, by whom and doing what, and should be limited to work related only to the Janssen, Spires-Morgan, and Versher retaliation claims. (Doc. 272).

**IT IS SO ORDERED.**

Dated: August 30, 2011

SUSAN ILLSTON
United States District Judge