IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, *et al.*, | No. C 07-03622 SI |
| Plaintiffs, | **ORDER DENYING REQUEST FOR CLARIFICATION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

On September 2, 2011, following a hearing, the Court granted plaintiffs' motion for attorney's fees in the amount of $8,925. On September 7, 2011, the Court received a letter from plaintiffs seeking clarification of the Court's reasoning behind the amount. While not explicitly styled as a motion for reconsideration, that is essentially what it is. In its September 2nd order, the Court adequately explained its reasoning behind the fees granted. To the extent plaintiffs are moving for reconsideration, their request is DENIED.

**IT IS SO ORDERED.**

Dated: September 19, 2011

SUSAN ILLSTON
United States District Judge