IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.
                                  /

No. C 07-03622 SI

**SECOND**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: <u>February 3, 2015</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 17, 2015</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>four</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a follow-up settlement conference during November 2014.
By October 3, 2014, counsel shall notify the Court as to which magistrate-judge they want to be referred to.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/14

                                            SUSAN ILLSTON
                                            United States District Judge