1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN ROLNICK, State Bar #151814
   RAFAL OFIERSKI, State Bar #194798
4  Deputy City Attorneys
   1390 Market Street, Fifth Floor
5  San Francisco, CA  94102
   Tel:     (415) 554-3859
6  Fax:    (415) 554-4248
   Attorneys for Defendant
7  CITY AND COUNTY OF SAN FRANCISCO

8  Daniel H. Bromberg  (SBN 242659)
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
9  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, CA  94065
10 Tel:     (650) 801-5000
   Fax:    (650) 801-5100
11 Attorneys for Plaintiff JON GRAY

12 Lawrence D. Murray  (SBN 77536)
   MURRAY & ASSOCIATES
13 1781 Union Street
   San Francisco, CA  94123
14 Tel:     (415) 673-0555
   Fax:    (415) 928-4084
15 ATTORNEYS FOR PLAINTIFFS (Except Jon Gray)

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| MARCY AMBAT, et al., | Case No. C 07-3622 SI |
| Plaintiffs, | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41 AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | CMC DATE:      January 22, 2016<br>Time:               3:00 p.m.<br>Judge:              Hon. Susan Illston<br>Place:              Courtroom #10<br>                        19th Floor |
| Defendants. | |

**I.     STATUS OF CASE AND REQUEST FOR DISMISSAL WITH PREJUDICE**

The parties have agreed to settle this matter. The Settlement Agreement has been fully executed by all plaintiffs that remain in this action and by the Sheriff of San Francisco. The settlement has been approved by the San Francisco Board of Supervisors and the Mayor of San Francisco, and the payments called for by the Settlement Agreement have been made.

Paragraph 9 of the Settlement Agreement states that within three (3) court days after both receiving a fully executed copy of the agreement and being notified that the agreement has been approved by the San Francisco Board of Supervisors, plaintiffs will dismiss this action in its entirety and with prejudice by filing a "Stipulated Dismissal With Prejudice" pursuant to FRCP 41.

Therefore, pursuant to the Settlement Agreement of the parties, the parties file this stipulated dismissal with prejudice and request that this Court dismiss this action with prejudice.

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
Deputy City Attorney
RAFAL OFIERSKI
Deputy City Attorney

January 20, 2016            By: /s/ Jonathan Rolnick
                                JONATHAN ROLNICK
                                Attorneys for Defendant
                                CITY AND COUNTY OF SAN FRANCISCO


QUINN EMANUEL URQUHART & SULLIVAN

January 20, 2016            By: /s/ Daniel Bromberg
                                DANIEL BROMBERG
                                Attorneys for Plaintiff JON GRAY


MURRAY & ASSOCIATES

January 20, 2016            By: /s/Lawrence D. Murray
                                 LAWRENCE MURRAY
                                Attorney for PLAINTIFFS (Except Jon Gray)

STIPULATION FOR DISMISSAL AND ORDER            1
CASE NO.  C 07-3622 SI

1

**ORDER ON REQUEST FOR DISMISSAL WITH PREJUDICE**

2
The Court having considered the parties' stipulated Request for Dismissal with Prejudice,

3
GOOD CAUSE APPEARING:

4
This matter is ordered dismissed with prejudice with each party bearing its own fees and costs

5
as agreed by the parties.

9
January __21__, 2016                                By: _____
United States District Court Judge
10
District Court of Northern District of California

STIPULATION FOR DISMISSAL AND ORDER
CASE NO.  C 07-3622 SI                              2

1
2  **Attestation Pursuant to Civil Local Rule 5.1**

3   I, Jordan R. Jaffe, am the ECF user whose ID and password are being used to are used to
4  make this filing, attest that in accordance with Civil Local Rule 5.1, concurrence in the filing of the
5  document has been obtained from each of the other signatories.

6  Date:  January 20, 2016                    /s/ *Jordan R. Jaffe*
7                                              Jordan R. Jaffe

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28