UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAINABU ANDERSON, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

Case No. 07-cv-03622-SI

**ORDER ON RECEIPT OF SPECIAL MASTER'S REPORT**

Re: Dkt. No. 423

The Court has received, reviewed, and hereby approves the Special Master's Report for Allocation of Settlement Funds of $175,000, which it files under seal as Exhibit A to this order. The Court hereby ORDERS plaintiff's counsel, Lawrence D. Murray, to serve plaintiffs and defendant with notice of this filing and to file with this Court proof of service of same.

**IT IS SO ORDERED**.

Dated: June 27, 2016

SUSAN ILLSTON
United States District Judge