UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCY AMBAT, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

Case No. 07-cv-03622-SI

**ORDER ON DISTRIBUTION OF SETTLEMENT FUNDS**

Re: Dkt. No. 424

The Court orders that Lawrence D. Murray, counsel for the plaintiffs in this matter, and Jonathan C. Rolnick, counsel for defendant, be provided copies of the Special Master's report of the Hon. James McBride, currently filed under seal with the Court. Dkt. No. 424. As stated in paragraph 18 of the prior order of this Court, now that this Court has issued its final approval of the allocation of the settlement proceeds to plaintiffs, "Lawrence D. Murray will pay from the 'Attorney Trust Account for Lawrence D. Murray' the amounts stated in Judge McBride's report." Dkt. No. 423 ¶ 17. Lawrence D. Murray will provide each plaintiff with copies of Judge McBride's report.

**IT IS SO ORDERED**.

Dated: 7/1/16

_____
SUSAN ILLSTON
United States District Judge