UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 07-cv-03622-SI<br><br>**ORDER RE: SPECIAL MASTER INQUIRY**<br><br>Re: Dkt. No. 428 |

The Court is in receipt of a letter from Special Master Hon. James J. McBride regarding a recently-received petition for extraordinary award.[1] The Master explains that while this petitioner was awarded a per capita amount of damages, and while this petition for extraordinary damages was dated prior to the May 3, 2016 deadline, the Master did not receive the petition until after the Court entered its approval of the Master's Report and the Report was served on plaintiffs. *Id.*; *see also* Dkt. No. 426. This petitioner wrote to advise the Master that he had "received a copy of the Settlement Funds and found that [his] name was not included in the settlement," despite "remain[ing] in contact with [plaintiffs' attorney], Lawrence D. Murray, for updates[.]" Dkt. No. 428 at 3. The Master requests instructions from the Court on whether or not to consider the petition for extraordinary damages and amend the Report.

Counsel for plaintiffs is ORDERED to file a statement with the Court concerning whether the Court should vacate its previous order on the distribution of settlement funds and order the Master to consider this late-filed petition and amend the Report. Such filing shall be made no later

---

[1] The letter from the Master is dated June 22, 2016; the Court suspects that the intended date of the letter is July 22, 2016. This letter and its accompanying submissions are currently lodged under seal with the Court.

than **August 29, 2016**.

**In the meantime, counsel for plaintiffs is ORDERED not to distribute the settlement funds to the settling plaintiffs until further order of this Court**.

**IT IS SO ORDERED**.

Dated: July 26, 2016

_Susan Illston_
SUSAN ILLSTON
United States District Judge