UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 07-cv-03622-SI<br><br>**AMENDED ORDER RE: SPECIAL MASTER INQUIRY**<br><br>Re: Dkt. No. 428 |

Counsel for plaintiffs is ORDERED to file a statement with the Court concerning whether the Court should vacate its previous order on the distribution of settlement funds and order the Master to consider this late-filed petition and amend the Report. Such filing shall be made no later than **August 2, 2016**.

**In the meantime, counsel for plaintiffs is ORDERED not to distribute the settlement funds to the settling plaintiffs until further order of this Court**.

**IT IS SO ORDERED**.

Dated: July 29, 2016

_____
SUSAN ILLSTON
United States District Judge