UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY AMBAT, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No. 07-cv-03622-SI<br><br>**FINAL ORDER FOR DISTRIBUTION OF SETTLEMENT FUNDS** |

In light of the representations by plaintiffs' counsel concerning the late-filed request of plaintiff John Arita for consideration of additional settlement funds, *see* dkt. no. 435, the Court declines to order recalculation of or change to the settlement fund distribution, and reinstates its order concerning the distribution of settlement funds reflected in Docket Number 426.

**IT IS SO ORDERED**.

Dated: August 10, 2016

_____
SUSAN ILLSTON
United States District Judge